# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:13-CV-320-GCM-DCK

| | |
|---|---|
| CARLTON L. ELROD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN,<br>**Commissioner of Social Security,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The pending motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Pursuant to 3:13-mc-198-FDW, Plaintiff may file a Response/Reply within fourteen (14) days of the Commissioner's Motion For Summary Judgment.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Response/Reply, or a Notice Of Intent Not To Respond," on or before **August 14, 2014**.

**SO ORDERED**.

Signed: August 4, 2014

David C. Keesler
United States Magistrate Judge