# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| CARLTON L. ELROD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00320-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2014 Order.

October 21, 2014

_Frank G. John_

Frank G. Johns, Clerk
United States District Court